Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

CARLOS RAFANAN,

            Plaintiff,

v.

FOCUS RECEIVABLES
MANAGEMENT, LLC,

            Defendant.

CASE NO.  09CV02715 JAM KJM

**ORDER GRANTING STIPULATION TO
SET ASIDE DEFAULT**

    Pursuant to the parties' Stipulation to Set Aside Default,

    IT IS SO ORDERED that the default judgment is set aside.

    IT IS FURTHER ORDERED that Defendant shall have until January 8, 2010, to respond
to Plaintiff's Complaint.

Dated:  January 5, 2010

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

ORDER GRANTING STIPULATION TO SET
ASIDE DEFAULT

PDF created with pdfFactory trial version www.pdffactory.com