Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
CARLOS RAFANAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CARLOS RAFANAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOCUS RECEIVABLES MANAGEMENT, LLC,<br><br>　　　　Defendant. | Case No.: 09-CV-02715-JAM-KJM<br><br>**ORDER ENTERING JUDGMENT** |

On April 20, 2010, Plaintiff, CARLOS RAFANAN (Plaintiff), filed an acceptance of Defendant's, FOCUS RECEIVABLES MANAGEMENT, LLC's (Defendant) Offer of Judgment, which states that Plaintiff will take judgment "against [Defendant] in this action in the amount of $1,000 in statutory damages, plus reasonable attorney[s'] fees and costs incurred through and including the 10th day of the making of this offer as determined by the Court, unless the parties agree to such amount otherwise."  Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $1,000.00, plus reasonable attorneys' fees, the sum of which shall be determined by the court.

　　**IT IS ORDERED.**

Dated:   April 27, 2010　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　United States District Judge

**[PROPOSED] ORDER ENTERING JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com