UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 26, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

### AMENDED JUDGMENT IN A CIVIL CASE

CARLOS RAFANAN

                v.          CASE NUMBER: CIV S-09-2715 JAM KJM

FOCUS RECEIVABLES MANAGEMENT, LLC

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF APRIL 28, 2010 IN THE AMOUNT OF $1,000 in statutory damages and by Court's Order of JULY 26, 2010 in the amount of $2,405 for attorney fees and costs.**

                                              Victoria C. Minor,
                                              Clerk of the Court

ENTERED:   July 26, 2010

                                              by:_/s/NDDuong, Deputy Clerk